Submitted on the record July 24, ballot title certified August 9, 2001

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Lloyd K. MARBET,
*Intervenor.*

(SC S48549)

29 P3d 1097

Gregory W. Byrne, Portland, filed the petition for petitioner.

Kaye E. McDonald, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Daniel W. Meek, Portland, filed the answering memorandum for intervenor.

PER CURIAM

## PER CURIAM

This ballot title review proceeding brought under ORS 250.085(2) concerns the Attorney General's certified ballot title for a proposed initiative measure, denominated by the Secretary of State as Initiative Petition 43 (2002). The proposed measure would ban most corporate political contributions and make other changes in the present campaign financing system. Petitioner is an elector who timely submitted written comments to the Secretary of State concerning the content of the Attorney General's draft ballot title and who therefore is entitled to seek review in this court. *See* ORS 250.085(2) (stating that requirement). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2). ORS 250.085(5).[1]

Petitioner challenges the Attorney General's caption, "yes" and "no" result statements, and summary. We have considered each argument advanced by petitioner and have determined that none is well taken. Accordingly, we certify the following ballot title to the Secretary of State:

AMENDS CONSTITUTION: BANS CORPORATE CONTRIBUTIONS, EXPENDITURES IN CANDIDATE CONTESTS; RESTRICTS INDIVIDUAL CONTRIBUTIONS, EXPENDITURES; REGULATES ORGANIZATIONAL CONTRIBUTIONS, EXPENDITURES

RESULT OF "YES" VOTE: "Yes" vote bans corporate contributions, expenditures in contests between political candidates; limits individual contributions, expenditures in contests; regulates contributions, expenditures of political committees, "grassroots" organizations.

RESULT OF "NO" VOTE: "No" vote rejects limiting or restricting individual or corporate contributions, expenditures in contests between political candidates; rejects regulating contributions, expenditures of political committees, "grassroots" organizations.

---

[1] The 2001 Legislative Assembly amended ORS 250.085(5) in a respect not relevant to this decision.

SUMMARY: Amends Constitution. Current law does not limit contributors, contributions, or expenditures for state or local public office candidates. Measure limits an individual's contribution for any particular public office contest in Oregon to $1,000 for statewide contest, $300 for Senate seat contest, $200 for House of Representatives seat contest, and $100 for any other public office contest, with annual cap of $10,000 for all public office contests. Limits individual expenditures for candidates. Bans corporate contributions, expenditures for candidates. Allows certain contributions to political committees by "grassroots nonprofit organizations," expenditures by qualifying political committees. Defines terms. Permits adjustment of limits to reflect consumer price changes. Establishes procedure for increasing limits, if required by the United States Constitution. Sets fines, civil penalties. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).